## DECLARATION UNDER PENALTY OF PERJURY

**I declare under penalty of perjury that the information in this motion and affidavit is true and correct. See 28 U.S.C. § 1746; 18 U.S.C. § 1621.**

Executed on  01/03/2018
            (Date)

_____ 01/03/2018
(Prisoner's Original Signature)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No.** _____
               (To be supplied by the court)

**MR. OLOLA, JULIUS   (A#058982193)** _____, Applicant.
**Aurora Detention Center (GEO GROUP INC.)**
**3130 North Oakland Street**
**Aurora, CO. 80010** _____
**V.**
**U.S. ATTORNEY GENERAL, et al.**
**WARDEN OF AURORA DETENTION CENTER,**
**CONTRACTED DETENTION FACILITY (DHS)**
**(GEO GROUP INC.) ICE PROCESSING CENTER,**
**3130 N OAKLAND STREET,**
**AURORA, CO 80010**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 08 2018

JEFFREY P. COLWELL
                CLERK

**John Longshore, Field Director**
**U.S. Department of Homeland Security/**
**U.S. Immigration and Customs Enforcement**
**12445 East Caley Avenue**
**Centennial, CO 80111-5663**                                  , Respondents
       (Name of warden, superintendent, jailer, or other custodian)

## APPLICATION FOR VIOLATION OF CIVIL RIGHTS

### (TITLE 42 U.S.C. Section 1983 ACTION)

### A) PARTIES

1. **MR. OLOLA, JULIUS**        (A# 058-982-193)                    ,Petitioner
   (Applicant's name, prisoner identification number, and complete mailing address)
   Aurora Detention Center (GEO GROUP INC.)
   3130 North Oakland Street
   Aurora, CO.80010

2. **WARDEN OF AURORA DETENTION CENTER,**
   **Contracted Detention Facility (DHS)**
   **(GEO GROUP INC.) ICE Processing Center,**
   **3130 N Oakland Street,**
   **AURORA, CO 80010**
   (Respondent's name and complete mailing address).

3. **John Longshore, Field Director**
   **U.S. Department of Homeland Security/**
   **U.S. Immigration and Customs Enforcement**
   **12445 East Caley Avenue**
   **Centennial, CO 80111-5663**                                 , Respondents.
   If you are not confined in a prison, jail, or other correctional facility, explain how you are
   In custody: Bureau of Immigration & Custom Enforcement (ICE)/ GEO, ICE Detention Center, Aurora.

4. If you are confined in a prison, jail, or other correctional facility but the named
   Respondent is not the warden, superintendent, or jailer at the prison, jail, or correctional
   Facility in which you are confined, explain how the respondent is your custodian:

**U.S. Department Of Homeland Security- District Director, Warden Of Aurora Detention Center, ICE Processing & U.S Attorney General**

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "B. NATURE OF THE CASE."

## B) NATURE OF THE CASE

**Case No: ( A # 058-982-193)**

### VIOLATION OF CIVIL RIGHTS (TITLE 42 U.S.C. Section 1983 ACTION)

**UNDERLYING FACTS:**
  This Aurora Medical Department at Aurora Contracted Detention Center **(GEO Group INC), ICE Processing,** has **"medically failed"** to meet generally "accepted basic requirements and reasonable medical practice standards of Professional Code of Conduct and Ethics; and medical practice on its own medical practice care and medical services for its detainees, as permitted by the federal statutory laws, hence, this action violates Federal Rules of Civil Procedure (FRCP's), Statutory Protection Act, Common law, Regulatory policies and Nurse Practice Act".

### CAUSE OF ACTION:

> **Denial of medical services and Procrastination of opportunity to have an appointment with a doctor for medical evaluation and assessment, while in detention at Aurora Detention Center (GEO Group INC.).**

### B). CLAIMS

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important. You do not need to cite specific cases to support your claim(s). If you need additional space to describe any claim or to assert additional claims, use extra paper to continue the claim or to assert the. Additional claims. Identify clearly any additional pages that you attach to this form.

**CAUTION:** In order to proceed in federal court, you ordinarily must exhaust administrative and/or state remedies for each claim that is asserted in this action.
- Have you exhausted administrative and/or state
  Remedies for each claim asserted in this action?__ X ___ Yes ___ No **(CHECK ONE)**

> Detainee (Mr. Olola) has exhausted **"all"** the basic administrative remedies available at Aurora Detention Center, such as "medical request, medical grievance and medical appeal actions"; however, surprisingly, none of the administrative remedy attempted by Mr. Olola to redress his medical concerns has been successful or fruitful at all, as the administration had completely and plainly refused to respond or had not taken any **"positive or corrective actions",** as expected. **(See enclosed documents of grievances, appeals and other requests. (Exhibit- "B").**

1. **Claim One:**

**Medical Negligence, Malpractices and Failure to provide basic accepted Standards of Medical care Services and Nurse Practice Act as provided by the law.**

**Supporting facts:**

On **August 27, 2017**, Aurora Medical Department (GEO GROUP INC.) had knowingly and deliberately, "stopped and terminated" Mr. Olola's Blood Pressure medication which he has been taking for one month since upon his admission at Aurora Detention Center, while the department has imposed a policy that Mr. Olola has to see a doctor to authorize his medication extension which had expired, because Mr. Olola's blood pressure medications were ordered for one month period end from **(July 27, 2017 to August 27, 2017).** This termination of blood pressure medication for Mr. Olola had substantially, subjected Mr. Olola to **"serious health risks condition and concerns"** as his blood pressure vitals values had skyrocketed critically higher during that period his blood pressure medication were deliberately and intentionally **"stopped and terminated"** without full consideration or regardless of injurious effect or injuries of medical consequences of Mr. Olola's health condition by the Aurora Medical Department.

This Aurora Medical Department (GEO Group INC.) had medically failed to provide nursing services or service as a medication aide certified in a manner that demonstrate respect for the patient's or detainee's of human dignity and unique personal characters and needs without regard to eligible patient's race, religion, ethnic background, socioeconomic status, age sex or nature of the patient's problem. Similarly, the facility has breached the statutory act, common law, regulatory policies or ethical requirements of confidentiality with respect to a person who is a patient or detainee, unless ordered by the court or law.

2. **Claim Two:**

**Violation of Medical Professional Code of Conduct, Ethics and Federal Statutory laws.**

**(Unanswered and unresolved medical issues and concerns at Aurora Medical Department, which needs to be addressed and dealt with medically and accordingly).**

**Supporting facts:**

Aurora Medical personnels (Nurses) and the Administration officials have been practicing exercise of unprofessional and unacceptable practice for **"prescribing medication and filling out medical prescription and even place X-ray orders procedure and laboratory chemistry services orders for Blood draws to detainees, instead of a medical doctor.."** which is ethically out of their **"scope of work and professionalism"**, hence, this constitutes substantial and violation of Professional Code of Conduct and Ethics and Nurse Practice Act as to practice as a Nurse to the underlined acts and practices permitted by the law. More so, this resulted to improper and unethical conduct by the "governmental entity" without legal basis or licensed verification of medical practice, -**"this act is a clear sign for potential of medical malpractice".** *(See, Medical Department requisition Form for the laboratory request attached as "Evidence "II").*

Aurora Medical Department doctor- **(Peterson, Jeffrey)** prescribe and order a medication prescription to detainees before and without doing a personal doctor's medical evaluation and assessment with detainees or to meet one -on-one appointment (determination) with the detainees to establish medical grounds for individual treatment. None of the detainees has ever seen or met with **"so called doctor"** at Aurora Medical Department, though they get their medication prescribed by the same unseen doctor.

### 3. Claim Three:

**Medical Personnel, Nurse- "Miss Sanchez" in presence of Officer-"Masden" on duty.**

**Unprofessional conduct, Unwarranted and Unacceptable Behavior of Medical Personnel.**

**Supporting facts:**

On **December 12, 2017, Miss- Sanchez**, had took the whole medical conversation so personal and unprofessional and so she become "unnecessarily rude and unruly" to an extend that she **"stubbornly and disrespectfully"** refused to give Mr. Olola his blood pressure medication or medical services on that day and she had verbally and abusively **"threatened and literally attempted"** to throw away, shred and to discard Mr. Olola's empty medication blisters or refill packets in the public trash can or bin in the housing Unit, if Mr. Olola would not leave or move away from the medical cart.

**"Miss Sanchez"**, had **"medically failed"** to safeguard a patient's or detainee's right to privacy as to patient's or person (detainee) condition, diagnosis, personal effect, medical injurious effect or injuries or any other matter about which the license is privileged to know, because of the licensee or person with a certificate or registered position as registered nurse or practice as a nurse or practice as a medication aide certified, would have reasonably exhibit her professionalism and adhere to Nurse Practice Act as provided by the law.

### C). PRIOR APPLICATIONS

1.  Have you filed any prior action in federal court in which you raised or could have raised the claims raised in this action?___ Yes  **X**  No (CHECK ONE)

2.  If you answered "Yes" to question 1., give the following information for each prior federal court action challenging the execution of your sentence.

    - Name and location of court:        N/A
    - Case number:                       N/A
    - Type of proceeding:                N/A
    - List the claims raised:            N/A
    - Were the claims in this:
      action actually asserted in

|  |  |
|---|---|
| the prior action? | ___ Yes **X** No (CHECK ONE) |
| • Were the claims in this: action available to be asserted in the prior action? | ___ Yes **X** No (CHECK ONE) |
| • Date and result (attach copy of decision if available): | N/A |

### D). REQUEST FOR RELIEF IN THIS CIVIL RIGHT SUIT CLAIM

**Wherefore, Petitioner prays that this Court grant the following relief:**

Due to the underlying facts and clear overwhelming of convincing evidence that Mr. Olola had been severely and significantly paralyzed in the past based on his Pre-existing health condition of **"spinal stenosis or sciatica nerves diagnosis"** problems both in the United States and from his native country –Kenya. *(See the detailed of Mr. Olola's Medical records attached herein from University of Utah Hospital and Clinics).*

Seemingly and obviously is clear indication that Mr. Olola has been going through "immeasurable, chronic, stabbing and excruciating pain" since, July 27, 2017 when he reported the reoccurrence of his Pre-existing medical health condition which has been going on unattended, thus, Aurora Medical Department (GEO Group INC.) has **"medically failed"** to meet generally "accepted basic requirements and reasonable medical practice standards of Professional Code of Conduct and Ethics; and medical practice on its own medical practice care and medical services for its detainees, as permitted by the federal statutory laws,

**Therefore Mr. Olola alleges as follows-;**

**(i)** This honorable Court to issue Writ of order to the Aurora Medical Department (GEO Group INC.) to offer a quick and efficient medical attention as expeditiously as possible to Mr. Olola on his Pre-existing medical health condition while the Court pursues this complaints.

**(ii)** This honorable Court to issue a Writ of order to Aurora Facility to schedule for doctor's appointment so that Mr. Olola can be seen by the doctor and do medical assessment and evaluation on his Pre-existing health condition to redress his medical concerns of his severe psychological and emotional stabbing pain.

**(iii)** This honorable Court to strictly to take into consideration of other non-economic losses or damages which has been caused by the Aurora Medical facility due to medical negligence, recklessness, maliciousness and imminent medical malpractice which has potentially has resulted to Mr. Olola's-; immeasurable and intense of severe psychological pain and distress; emotional pain and stress; severe excruciating and throbbing pain of headaches; mental anxiety and anguish due to pain of his Pre-existing health condition of spinal stenosis or sciatica nerves problems.

## E.) BACKGROUND

Petitioner, **OLOLA, JULIUS,** hereby prays and Petitions this Court for **"VIOLATION OF CIVIL RIGHTS 42 U.S.C. Section 1983 ACTION, OF SUBSTANTIAL OF MEDICAL NEGLIGENCE AND MALPRATICE SERVICES** to remedy the Petitioner's denial of medical services and procrastination for doctor's appointments of civil rights, and to enjoin Petitioner's continued unjustified and unlawful violation of federal statutory laws and regulatory policies by the Respondent, of not observing the generally accepted basic requirements and reasonable medical practice standards of professional code of conducts and ethics, in this instance case or petition. In support of this Petition and complaint for injunctive relief, Petitioner affirms as follows:

## F). JURISDICTION

➢ This action arises under the Constitution of the United States, 42 U.S.C. §1983 Action, This Court has subject matter jurisdiction under 42 U.S.C. §1983 Action of the United States Constitution, and 28 U.S.C. §1331, as the petitioner is presently in custody under color of the authority of the United States which is in "violation of professional code of conduct and Ethics; acceptable basic standards of medical practice of the Federal laws, or Constitution of the United States".

## G.) VENUE   (28 U.S.C. Section 1391)

➢ Venue lies in the U.S District Court of Colorado because Petitioner is currently detained in the territorial jurisdiction of this Court, at GEO / I.C.E. Detention Facility, located at 3130 N. Oakland Street, Aurora, Colorado 80010, under section 28 U.S.C. 1391.

## CERTIFICATE OF SERVICE

I, **OLOLA, JULIUS**, here certify that on **January 03, 2018**, a true and correct copy of the foregoing "**VIOLATION OF CIVIL RIGHTS 42 U.S.C. Section 1983 ACTION and EXPLANATION OF SUBSTANTIAL OF MEDICAL NEGLIGENCE AND MALPRATICE SERVICES**, was dropped in the mail for mailing, postage prepaid, first class mail at Aurora ICE Processing Center 3130 North Oakland Street. Aurora, CO. 80010 as follows:

U.S. District Court for the District of Colorado
Alfredo A. Arraj United States Courthouse
901 19th Street, Rm. A105
Denver, CO 80294-3589

Warden of Aurora Detention Center,
Contracted Detention Facility (DHS)
Aurora Detention Center
3130 N Oakland Street,
**AURORA, CO 80010**

John Longshore, Field Director
U.S. Department of Homeland Security/
U.S. Immigration and Customs Enforcement
12445 East Caley Avenue
Centennial, CO 80111-5663

**Executed on:** _____ JANUARY 03, 2018 _____
(Date)

**Signed & Dated:** _____ [Signature] 01/03/2018 _____
(Signature and Date)

[Signature] 01/03/2018
Department of Homeland Security (DHS)
Immigration and Customs Enforcement (ICE)
Aurora Detention Center (GEO GROUP INC.)
3130 N. Oakland Street,
Aurora, CO 80010

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the applicant in this action, that I have read this Application, and that the information in this application is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  ~~M~~ ~~JANUARY~~ JANUARY 03, 2018
                              (Date)

Signed & Dated: _____[signature]_____ 01/03/2018
                    (Signature and date)

[signature] 01/03/2018
Department of Homeland Security (DHS)
Immigration and Customs Enforcement (ICE)
Aurora Detention Center (GEO GROUP INC.)
3130 N. Oakland Street,
Aurora, CO 80010