**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 08 2018**

JEFFREY P. COLWELL

**(A)**       **PARTIES**

**OLOLA, JULIUS**                **WARDEN OF AURORA DETENTION CENTER,**
(#058-982-193)                   **CONTRACTED DETENTION FACILITY (DHS)**
**Aurora Detention Center**      **(GEO GROUP INC.) ICE PROCESSING CENTER,**
**3130 N Oakland Street,**       **3130 N OAKLAND STREET,**
**AURORA, CO 80010**             **AURORA, CO 80010**

                                 **U.S. ATTORNEY GENERAL, et al.,**
                                 **JOHN LONGSHORE, FIELD DIRECTOR**
                                 **U.S. DEPARTMENT OF HOMELAND SECURITY/**
                                 **U.S. Immigration and Customs Enforcement (ICE).**
                                 **12445 East Caley Avenue**
                                 **Centennial, CO 80111-5663**

**(B)**       **NATURE OF THE CASE**

          **VIOLATION OF CIVIL RIGHTS (TITLE 42 U.S.C. Section 1983 ACTION)**

**UNDERLYING FACTS:**
          This Aurora Medical Department at Aurora Contracted Detention Center **(GEO Group INC), ICE Processing,** has **"medically failed"** to meet generally "accepted basic requirements and reasonable medical practice standards of Professional Code of Conduct and Ethics; and medical practice on its own medical practice care and medical services for its detainees, as permitted by the federal statutory laws, hence, this action violates Federal Rules of Civil Procedure (FRCP's), Statutory Protection Act, Common law, Regulatory policies and Nurse Practice Act".

          **CAUSE OF ACTION:**

➤ **DENIAL OF MEDICAL SERVICES AND PROCRASTINATION OF OPPORTUNITY TO HAVE AN APPOINTMENT WITH A DOCTOR FOR MEDICAL EVALUATION AND ASSESSMENT, WHILE IN DETENTION AT AURORA DETENTION CENTER (GEO GROUP INC.).**

**EXPLANATION FOR SUBSTANTIAL MEDICAL NEGLIGENCE & MALPRACTICE.**

          **Pre-existing Medical Health Condition and Blood Pressure Medication Services.**
          Approximately, in the year between **2002** and **2003**, while Petitioner(Mr. Olola, Julius) was still residing in his native country- Kenya, he was diagnosed with a serious and severe medical health condition referred to as **"Sciatica nerves problems or Spinal stenosis"** which had medically **"paralyzed or bedridden"** him for a period of "6 months to 12 months (1yr)". Since 2003, Mr. Olola has been on pain medication of muscles relaxers and other medication to alleviate problem of numbness, tingling, and muscles cramps or stiffness of muscles on his lower limbs to facilitate good blood flow on the veins vessels and to reduce swelling (edema) of his legs. Additionally, Mr. Olola is having high blood pressure health problems/highpertension.

Mr. Olola, migrated to United States of America, in June 4, 2007 and based on the kind of employment or work that Mr. Olola obtained to do for his living when he first arrived in the United States at University of Utah Hospitals and Clinics, which had worsened his Pre-existing medical condition of spinal stenosis/ sciatica nerves problem, due to allot of constraints and substantial pressure on his backbone or vertebral column (lumbar column) which triggered and also subjected Mr. Olola to seek medical attention at the University of Utah Hospital and Clinics at the Department of Orthopedics and Surgery Procedure.

On about **January 09, 2008**, Mr. Olola was subjected to go through MRI procedure services because of the severity of his medical condition and health concerns. He was as well diagnosed with the same serious problems of "spinal stenosis or sciatica nerves problem" as before and Mr. Olola was advised by the doctors at the clinic to be on medical leave while he was recuperating from his injuries and to go through Physical Therapy at the Orthopedic Department. (University of Utah Hospital and Clinics-Utah). (**See** *medical documents attached*).

In **February 08, 2014**, based on other factors and the similar kind of employment that Mr. Olola was involved in, to earn his living and to support his family (wife and kids) had triggered Mr. Olola's Pre-existing medical conditions, which had worsened and aggravated his health, as well forced Mr. Olola to be rushed urgently to the Emergency Department at the University of Utah Hospitals and Clinics by an Ambulatory Services ( Ambulance 911 call), whereby he was immediately admitted at the Inpatient department, later he was discharged, but he was scheduled  for an appointment for a second MRI procedure services at one of the specialist branches of University of Utah Hospitals and Clinics. **(Records enclosed).**

The second MRI was performed and Mr. Olola was diagnosed with the same problem of spinal stenosis or sciatica nerves and it was ordered by the attending doctors and physicians that Mr. Olola is advised or medically required to seek a **"spinal surgery"** in the future if deems to be feasible, otherwise he would be on constant and regular pain medication and muscle relaxers medications for the rest of his entire life. However, Mr. Olola had opted to be on his pain medication and muscle relaxers for "on and off" basis or as needed, instead of seeking the "spinal surgery" due to the health risks that are associated with the surgery procedure and its outcome results.

In **2013**, Mr. Olola was diagnosed with a high blood pressure health condition while he was incarcerated at one of the Utah Correction Facility (Utah County), since then Mr. Olola has been on his blood pressure medication all along.  In August 2015, Mr. Olola was taken into custody at Utah Correction Facility to serve his one year sentence and upon his admission at the facility (Utah State Prison).

Mr. Olola was assessed and evaluated by the prison doctors who ordered his blood pressure medication until he was released to ICE custody on July 27, 2017 at Aurora Detention Center (GEO GROUP INC.) for his Immigration removal proceeding, therefore, Mr. Olola has been at this Aurora Detention Center Facility, since **July 27, 2017** up to date.

## (C) <u>GROUNDS FOR CIVIL RIGHT CLAIMS AND REASONS FOR CONSIDERATION</u>

### (a)   <u>Aggravating factors to Mr. Olola's Pre- existing Medical Health Conditions</u>

Due to the fact that, Mr. Olola has a Pre-existing of medical health conditions of spinal stenosis problems as described above in details, it is obviously and always a major medical problems or an issues whenever Mr. Olola is exposed or subjected to any kind of activities which might result to his body constraints, stress or subjection to extreme intense of substantial pressure on his vertebral column or backbone or any other strenuous activities, such as ***"bending, sitting for along period of time without movement  or walking for along period of time"*** which makes his muscles to become numb, tingling, and muscle cramps or due to poor blood flow on his lower limbs; because his bones on the vertebral joint pinches his spinal cord nerves, as his bones are technically and gradually over-growing and manifest bones protrusion.

Specifically, on **July 27, 2017,** Immigration Department (DHS/ICE) of Utah had decided to transport Mr. Olola together with other detainees from State of Utah to State of Colorado by road which lasted for about **"12-13 hours of driving"** without any stoppage of interval for resting or breaks moments on the long trip from Utah to Colorado, this continuous long trip of **"sitting and standing"** in the van and the bus had significantly subjected Mr. Olola to body constraints and pressure on his back and <u>"medically triggered"</u> an effect on his Pre-existing medical health conditions on his <u>"spinal stenosis"</u> which had resulted to: ***severe back pain, numbness, tingling of muscles and muscles aches.***

Henceforth, on **July 27, 2017,** Mr. Olola has been experiencing acute of an excruciating pain on his lower back (vertebral lumbar) and muscles stiffness, especially during night time and in the morning, due to his severe Pre-existing medical health condition of the spinal/sciatica nerves problems. Instantly, during his admission process at Aurora Medical Department Center, Mr. Olola had knowingly and accurately informed the admitting **"Nurse-Miss Vamongo"** on his "ongoing and escalating health condition" of his Pre-existing medical health conditions, so that his medical situation could be addressed by the Aurora Medical Department (GEO GROUP INC.), in accordance with the medical policy as efficiently and accordingly.

Upon and during the moment of  Mr. Olola's admission at the Aurora Detention Center, he had appropriately and specifically informed the admitting **"Nurse-Miss Vamongo"** at the Aurora facility that he had-: <u>a severe back pain, numbness and tingling on his lower limbs due to his Pre-existing medical health conditions of spinal stenosis and on his blood pressure medical condition;</u> however the admitting "Nurse-Miss Vamongo" responded to Mr. Olola that he had to sign Aurora Medical Department form, **"MEDICAL RELEASE CONSENT FORM"** in order to authorize him to be seen by any  doctor or physician at Aurora Medical Department and for the purposes of releasing his "medical information records and reports" from other  previous medical facilities-University of Utah Hospital and Clinics, where Mr. Olola has been attended for treatment or treated at, of which thereby respectfully and a timely manner, Mr. Olola had signed the "Medical Release Consent Form" and it has been placed in Mr. Olola's personal **"Authorize Medical File",** at Aurora Medical Department, upon his admission, till today.

Nonetheless, despite of Mr. Olola's timely reported his Pre-existing medical health conditions to the admitting Nurse; the Aurora Medical Department had not taken any precaution

of either **"positive action or corrective measures"** of any kind to succumb or to redress this health worsening situation of Mr. Olola, in the contrary, the department have deliberately and recklessly decided not to respond at all and alternatively the facility have **"thwarted and impeded"** the entire process of all Mr. Olola's attempts to see the doctor and denied him his Blood Pressure medications for two weeks **(14 days)**.*(See, in the Exhibit and Evidence of Grievances and Appeals).*

Mr. Olola has been having difficulty and hardship in showering, due to his muscle becomes numb, weak and tingling, while standing taking a shower (he has been using handicap shower room by sitting down during his time of taking a shower), likewise, difficulty in walking, especially, in the morning upon waking up, due to muscles cramps or stiffness and sometimes he has sleepless nights due to muscles aches, numbness and chronic tingling on his lower limbs.

**(b)  Medical Negligence and Failure of Aurora Medical Department and other Authorities.**

Similarly, since on **July 27, 2017**, upon Mr. Olola's admission to or at Aurora Detention Center (GEO GROUP INC.), Mr. Olola has been respectfully submitting or have submitted uncountable and numerous medical request forms in accordance with the medical health department policy at Aurora Detention Center in order to secure an opportunity to have appointment with the doctor or physician so that he can possibly address his aggravating situation of health concerns on his Pre-existing medical health condition.

On **November 9, 2017,** Mr. Olola did knowingly discussed into details with **Lieutenant-"Husband"** concerning his medical of Pre-existing health condition. He had clearly and plainly stated to Lieutenant- Husband, that he had submitted numerous "grievances and other medical requests", to the medical department, so that the doctor can change his Blood Pressure Medication, especially, the **(Lisinopril and HCTZ Medication)**, because these two medication are **"NOT"** effective or rather they do manifest "side effect", as they make Mr. Olola to cough incessantly most of the time after taking the prescribed medication. More so, Mr. Olola had also sent medical request and requested the doctor to increase the dosage of the HCTZ-25mg. to a higher dose, because the current dosage of 25mg. is not effective and his legs or lower limbs still swells and painful.

Officer/Lieutenant, had agreed and tentatively promised that he would take appropriate and necessary action in order to find out the status of his **"medical appeals, requests and grievances"** in order to facilitate the opportunity for Mr. Olola to see a doctor or have appointment with the doctor as soon as possible-(he had shown the Lieutenant-Husband of his "swollen legs"). And he (the Lieutenant) also sincerely promised that immediately he got back in his office on that same day, he would call the **"Officer"** who was on duty in the section or housing Unit where Mr. Olola was housed **(B1-106-04)**, as soon as he got information regarding his requests or concerns and the Officer would pass same info to Mr. Olola in the section or Unit. He (Lieutenant) had followed and manifested the same behavior, character and habit of other medical personnel's of empty promises without any productive or fruitful actions.

Similarly, the **Lieutenant-"Husband"** (this is his real name), had reversely and negligently never responded back to Mr. Olola to let him know what he had found out after his enquiry from the medical department, until up to today or as of this date of this letter, just like other medical personnel's empty promises which has been medically unproductive and fruitless.

Again similarly, on or about **November 12, 2017,** Mr. Olola had knowingly approached **Lieutenant- "Hudaseck"** and addressed his medical health condition concerns in order to seek help from the Lieutenant after the malicious failure of Lieutenant-"Husband" with empty promises. Conversely, Lieutenant-"Hudaseck" did promise the same to take initiatives and investigate and to find out if the Lieutenant-"Husband" had documented some important information in records regarding to Mr. Olola's medical request, grievance or appeals. Likewise, Lieutenant-"Hudaseck" never bothered to respond back to Mr. Olola as well and nothing has happened until today of this letter as dated.

Lawfully and desperately, Mr. Olola had attempted to contact other governmental entities or authorities **(US Attorney General for the District of Colorado and ACLU of Colorado Office)** in order to seek a relevant and appropriate remedy to redress or with the hope of solving his medical problems, but the authorities have failed to offer any help or advise to resolve this medical problems at Aurora Detention Center (GEO GROUP INC.); however, his attempt has been effortless and fruitless; conversely, these outstanding authorities has never responded or acknowledged the receipt of-; sincere legal and legitimate request of solicitation courtesy from Mr. Olola. *(See attached 1st and 2nd follow up letters. (Exhibit "A").*

**(c) Unwarranted, unprofessional conduct and unacceptable of medical personnel behavior.**

**(Medical Personnel, Nurse- "Miss Sanchez" in presence of Officer-"Masden" on duty.**

Upon Mr. Olola's blood pressure medication expiration date on **"December 08, 2017",** *(See also expiration in the medication blisters packet in exhibit "C" & "D")* and Mr. Olola had submitted his medical blisters "stickers" to **"Nurse- Miss Vamongo"** in order for his blood pressure medication to be re-ordered. The medical department had never re-ordered the blood pressure medication and this action has resulted to Mr. Olola to be taking his blood pressure medication from **"routinely or daily medical pass"** in the housing Unit, as like any other detainees, because his blood pressure medication had not been renewed or re-ordered by the doctor, yet, as all the medical personnels (nurses) had been reiterating to Mr. Olola as that's the only reason why his blood pressure medication supply has not been available.

On **December 12, 2017,** in the morning, Mr. Olola had gone as usual and always to get his blood pressure medication from the "routinely medical pass" and while Mr. Olola was at in front of the medical cart, he decided to "ask or enquire" about his blood pressure medication order from the medical personnel, **"Nurse -Miss Sanchez"** who was passing out the medication that morning, it happens that, Miss Sanchez told Mr. Olola that his medication supplies has not been reordered by the doctor.

Due to the fact that, the **Nurse-"Miss Sanchez",** had told Mr. Olola the same response that he had been told in the past by other Nurses or personnels, therefore, Mr. Olola respectfully insisted to Miss Sanchez to specifically refer him to whomever or whoever would be responsible

for his medication refill/reorder, in order to follow up his blood pressure medication reordering, so that he would get hold of the person (him or her). **Miss- Sanchez**, had took the whole medical conversation so personal and unprofessional and so she become "unnecessarily rude and unruly" to an extend that she **"stubbornly and disrespectfully"** refused to give Mr. Olola his blood pressure medication on that day and she had verbally and abusively **"threatened and literally attempted"** to throw away, shred and to discard Mr. Olola's empty medication blisters or refill packets in the public trash can or bin in the housing Unit, if Mr. Olola would not leave or move away from the medical cart.**(Footage Camera in housing Unit section B1 should be availed).**

Surprisingly, the Nurse-Miss Sanchez had inappropriately and outspokenly, branded and characterized Mr. Olola as someone who has **"detainees attitude or behavior"** just merely because Mr. Olola had told her that, her response of the doctor has not reordered his medication is the same response that he (Mr. Olola) has been told in the past, Miss Sanchez became unnecessarily agitated and so defensive towards Mr. Olola that she has never told him before, so Mr. Olola should not, even, try to tell her that he has been told or received that kind of response from other medical personnels or other nurses.

Finally and maliciously, without caring about the medical consequences or injurious effect for Mr. Olola's health condition, **Miss Sanchez,** walked away and left. As well, Correctional Officer **"Masden"** who was on duty had also negligently and ignorantly of not even knowing medical procedures, had openly supported her -the Nurse similarly to shred Mr. Olola's medical packets refills or blisters in the trash can or bin. Mr. Olola found this kind of action to be so unprofessional and unwarranted crude behavior from these Aurora Detention Center officials or personnels.

Mr. Olola is a well experienced-**(Medical Tech. -MT, CPBT-A.S.C.P, by profession),** and also a Medical Student at University of Utah. Professionally, it is his "absolute strongest and firm belief" that at no time or under any circumstances, that any medical personnel is allowed or professionally acceptable within Professional Code of Conduct and Ethics and Nurse Practice Act to unnecessarily "deny or refuse" to provide medication or medical services to a sick detainee or eligible patient. Or rather should not have to verbally and abusively threatened to discard significant **Protected Health Information- (P.H.I)** documents with medical materials which has detainee's or patient's confidential information-(DOB, unique MRN's identifier, Full name...).

Either, the Nurse should not have unprofessionally attempted or threatened to shred or throw away medical materials to the public trash can or bin, without any legitimate of medical reasons as to why to do that or execute such kind of uncivilized and uncouth behavior. This kind of egregious and outrageous action or behavior substantially violates or breaches the Statutory Protection Act, common law, regulatory, or ethical requirements- Confidentiality of Information Act with respect to a person who is a patient or detainee, unless ordered by the court, and it also violates the professionalism of Nursing Practice Act, which is protected by law.

More so, as of herein a situation where, Mr. Olola was so obedient and respectful, the Officer and Nurse were not threatened in anyway by Mr. Olola; hence, the Officer and the Nurse would have taken a professional appropriate action or follow SOP's, other than, not to take it as a practical joke, a professional registered nurse should not have behaved abusively, or not to

demonstrate, even, unacceptable behavior as a means of venting a frustration or anger, with regardless of considering the medical injuries or injurious effects to Mr. Olola's health condition.

What makes matters worst, the Officer-**"Masden and Nurse- Miss Sanchez"** had **mockingly and sarcastically** suggested to Mr. Olola to submit as many "grievances forms" as he wishes, even up to "100 grievances forms". After the facts and with a clear evidence that the Officer and the Nurse-explicitly knew that actually no one in the Aurora Administration would even bother to respond to any of those "grievances" at all, therefore, the grievances had no meaning or significances and is going no where, even, if submitted to medical department, as the Aurora Administration Department has manifested absolute failure to respond to grievances, medical request and appeals in the past and had literally thwarted and impeded all the attempts of administrative remedies to resolve these medical issues, as Mr. Olola had explained herein or earlier as explicitly stated.

As well, the Aurora Medical Department (GEO GROUP INC.) has never scheduled or allowed Mr. Olola to see a doctor, for **"undisclosed and unjustified medical reasons"** and also Mr. Olola has been denied to obtain or access to any kind of pain medication or muscles relaxers for his health condition, on the pretext that the medical policy, states **"You must see a doctor"** so that the doctor can perform medical evaluation and assessment and to offer some medication supply or before release of medication prescription. Conversely, despite of Mr. Olola's prayers and lamentation of humble and kind request of seeing a doctor, Aurora Medical Department have procrastinated and impeded the entire process for their own personal medical interest, thus, this kind of unprofessional act and misconduct, has left Mr. Olola with no option, other than to seek for judicial recourse or action in order to address this **"medical negligence and malpractice"**.

Accordingly and obediently, Mr. Olola had submitted administrative medical health "grievances and medical appeals" to Aurora Medical Department in order to facilitate and address his process of getting an opportunity to see a doctor or doctor's appointment, but to no avail and the facility medical staff members have **"generally and vaguely"** provided unreliable basis of-; unprofessional, unsatisfactory and unconvincing information which has no medical basis or logical establishment and has never resolved Mr. Olola's pre-existing medical health condition or problems.(*See medical response from Aurora Medical Department documents attached).(Exhibits "B"*).

More so, Mr. Olola has sincerely and humbly requested the Aurora Medical Department to **mail** or **fax** his "Medical Consent Form" to University of Utah Hospital and Clinics and other medical facilities in State of Utah in order to obtain his detailed medical records or history of his Pre-existing medical health condition so that it can enable the doctor or physician at Aurora Medical Department to perform medical evaluation and assessments on his Pre-existing medical health condition. However, apparently the Aurora Medical Department facility has failed and refused to take any initiative or responsibility upon Mr. Olola's humble and respectful request. *(See documents attached of unresponsive remarks from medical department)). (Evidence-"I")*.

**(d)**      **Malfeasance for medical services and serious health risks concerns at Aurora.**

On **August 27, 2017**, Aurora Medical Department (GEO GROUP INC.) had knowingly and deliberately, "stopped and terminated'' Mr. Olola's Blood Pressure medication which he has been taking for one month since upon his admission at Aurora Detention Center, while the department has imposed a policy that Mr. Olola has to see a doctor to authorize his medication extension which had expired, because Mr. Olola's blood pressure medications were ordered for one month period end from **(July 27, 2017 to August 27, 2017)** by the Aurora Medical Department, hence, with the medication was stopped and terminated, until he gets a chance or opportunity to see a doctor.*( See attached blood pressure package or blisters, clearly indicates when medication supply were stopped and terminated).(Exhibit "C").*

Surprisingly, Mr. Olola had come with his **"one year full prescription"** of his blood pressure medication package or supply from Utah Department of Correction **(Utah State Prison)** which he was given upon his release to DHS/ICE custody on July 27, 2017 at Aurora Detention Center (GEO GROUP INC.). Medical Department had alleged that Mr. Olola could not be allowed to continue taking his Blood pressure medication that he came with from Utah State Prison on the grounds that he has to see a doctor first before he can be allowed to use them or get access to his medication from in the facility property storage.

For that reason, Mr. Olola's Blood Pressure medication supplies has been seized and detained in his property at the Aurora facility on the grounds of unfound medical basis or reasons, until he gets an opportunity to see a doctor or physician to perform medical assessment and evaluation. Mr. Olola had gone without taking his blood pressure medication from the day of "**August 27, 2017 up to September 10, 2017**" for two weeks (**14 days**). *(See attached copy of blood pressure medication package, (Exhibit "D").*

This termination of blood pressure medication for Mr. Olola had substantially, subjected Mr. Olola to **"serious health risks condition and concerns"** as his blood pressure vitals values had skyrocketed high during that period his blood pressure medication were virtually, deliberately and intentionally **"stopped and terminated"** by the Aurora Medical Department. Nevertheless, the Aurora Medical Department had constantly monitoring Mr. Olola's blood pressure vital values on daily basis and on some other selected specific days; however, Aurora Medical Department had stubbornly acted, "recklessly and maliciously" without providing his blood pressure medication, with regardless of his escalating and aggravating blood pressure values.

*State of life Threatening of health condition and potential imminent Emergency;*

➤  On Saturday      (09/02/2017) – B.P was $^{137}/_{93}$ at a heart pulse rate of **63.**
➤  On Monday        (09/04/2017) – B.P. was $^{157}/_{97}$ at a heart pulse rate of **66.**
➤  On Wednesday  (09/06/2017) - B.P was $^{173}/_{103}$ at a heart pulse rate of **63.**
    **Normal values are** – $^{120}/_{90}$ at a heart pulse rate range of –: (60 – 100).

**NB:** *Aurora Medical Department to provide all medical records and reports (charts) for verifications for exhibits and evidence and to the veracity of this potential risks of health condition as claimed by Mr. Olola and his potential health risk  and medical concerns.*

Apparently, Aurora Medical Department had negligently and unprofessionally denied Mr. Olola his blood pressure medication for **"Two weeks" (14 days)**- clearly and plainly from **August 27, 2017 to September 10, 2017** which had significantly and medically subjected Mr. Olola to substantial state of emergency of health concerns and serious health risks which constituted a substantial severe of <u>" severe great pain of suffering as a result of high blood pressure levels</u> and a <u>chronic pounding of severe headache"-</u>: Mr. Olola had suffered severe back pain due to his spinal stenosis and subjected to high blood pressure of a "<u>potential risks of brain damage, heart attack, heart failure, brain stroke, chest pain, dizziness; general fatigue, loss of appetite, blurred vision due to high blood pressure, numbness, tingling of nerves and muscles cramps and poor blood circulation on his lower limbs and swelling his of legs(edema), finally, chronic back pain as of his spinal stenosis problems, loss of normal balance, posture and general weakness of his joints"</u>.

Additionally, Aurora Medical Department had stubbornly refused and denied to provide Mr. Olola's medical records and reports (charts) which has been generated, created and stored by the Aurora Medical Department, since upon his admission at Aurora Detention Center, Mr. Olola has been respectfully and continuously requesting for his medical records copies from the medical department for his personal perusal and references; however, the medical staff members has responded by merely stating that**," Your copy of medical records will be placed in your facility property"**, Mr. Olola has never been allowed to access his facility property storage. *(See attached copy for medical staff response). (Exhibit "E").*

## (e) <u>The worst Tragic Incident of Demise at Aurora Detention (GEO GROUP INC.), ICE Processing had instilled a potential and imminent "Medical Concerns and Fear".</u>

The underlying facts and reasons from internal evidential and reliable sources of information inside Aurora Medical Department (GEO GROUP INC.), ICE Processing had openly and explicitly denounced that on about or in late **"November 2017"**, an **Iranian man** (detainee at Aurora Contracted Detention,(GEO GROUP INC., ICE Processing Center) had knowingly and appropriately reported to the medical department with <u>legitimate and sincere</u> of "Medical Complaints" of substantial <u>*"severe chest pain, chronic and pounding headache, general weakness and overwhelming dizziness.*</u> And with other clear **"withdrawal signs and symptoms"** from either Alcohol or one of the control substance abuse.

The detainee was advised by the attending "Nurse" to submit in a "<u>Medical Kite or Health Request</u>" to the medical department in order to be assessed by the charge "Nurse" and possibly to be seen by the doctor or to have an appointment with the doctor or physician. As usual and always, the detainee –**Kamyar, Samimi, 64** was given regular over-the-counter medication as usual (<u>Tylenol and Ibuprofen</u>) and he was told that he was in the normal **"Medical detainees waiting list"** of other detainees of seeing a doctor or physician as soon as possible, once the doctor is or may be available.

Unfortunately, Mr. Samimi became more seriously ill and his health condition got worst on the morning of **"December 2, 2017".** He became "unresponsive" and CPR was performed by the Aurora Medical personnel, but it was too late and fruitless, Mr. Kamyar passed away, he was pronounced dead on his way to University of Colorado Hospital in Aurora.

**(See** attached herein the facts and corroborative evidential information on daily "Newspaper" from- **Denver Post, December 05, 2017).** And this prospect demise incident case is under **"Active Medical Investigation"** at Aurora Contracted, (GEO Group INC), ICE Processing Center

**(See next page, attached).**

**(Intentionally left blank…….)**

Unfortunately, Mr. Samimi became more serious ill and his health condition got worst on the morning of **"December 2, 2017".** He became "unresponsive" and CPR was performed by the Aurora Medical personnel, but it was too late and fruitless, Mr. Kamyar passed away, he was pronounced dead on his way to University of Colorado Hospital in Aurora.(See attached herein the facts and corroborative evidential info from Denver post, Dec. 05, 2017).

For the same and similar reasons, that Mr. Olola had been constantly and persistently told or given as an excuse by the Aurora Medical Personnel's (Nurses) that **"he is in the "medical waiting list" of other detainees of seeing a doctor or physician".** In other words, Mr. Olola has been waiting to see a doctor or physician for a period of **"over Four months"** without seeing a doctor, just like, in the case of Mr. Kamyar, Samimi was also told similar **"excuse of being in the medical waiting list"** before his tragic demise on **December 02, 2017. It's so sad.** And, yet as well, there is no promising for foreseeable future for Mr. Olola of seeing a doctor for his Pre-existing health conditions, as it deteriorates gradually and expecting the worst to happen. As obviously and most of the time "legitimate rumors are true", or as the says, goes that, **"Where there is a Smoke there is Fire".** The detainee, Mr. Samimi, was taken into detention or custody by the **ICE** to Aurora Detention wrongfully and inappropriately. Because, Mr. Samimi was literally withdrawing from his substance addiction. Meanwhile, Mr. Samimi was supposed to be detained or housed at one of the **"licensed"** facility for detoxification, before taken into **"unlicensed"** facility, such as Aurora Detention Center,(GEO Group), ICE Processing facility. He would not have died; his life would have been saved.



IRANIAN MAN 64 DIES IN ICE CUSTODY

An Iranian man in federal custody died Saturday at a Denver area hospital of cardiac arrest, according to U.S. Immigration and Customs Enforcement.

Kamyar Samimi, 64, was taken into ICE custody at his home Nov. 17, 12 years after being convicted of cocaine possession, according to a news release Monday. ICE used the cocaine conviction as part of its deportation case. Samimi became ill the morning of Dec. 2 and emergency medical responders were called. He become unresponsive, and CPR was performed. He was pronounced dead at University of Colorado Hospital in Aurora, the release said.

Samimi, a green card holder, first entered the United States on April 19, 1976, as a student in New York.

Kieran Nicholson
The Denver Post

This kind of tragic and terrifying at Aurora Detention Center incident of **"sudden death or demise"** of a detainee had substantially instilled a reasonable and substantial fear and concerns to detainees like Mr. Olola based on the ongoing negligence and irresponsibility of Aurora Medical personnels due to their unprofessional and empty promises of "procrastinating habit and behavior" of getting an opportunity of seeing a doctor or physician. Despite of Mr. Olola's personal experience of medical malpractice and negligence at Aurora Facility, not only has made him to be more vigilant or concerns of his health condition, but also to be as a **"Whistle blower"** for other detainees who has been or might face this similar of "horrible and tragic" of pathetic and unacceptable medical malpractice.

**(f) Medical department allegations on failure to schedule doctor's appointment and staff member's "unprofessional conduct and unresponsive remarks".**

Aurora Medical Department (GEO GROUP INC.), medical staff members had unprofessionally and unsatisfactorily provided **" a vague and unclear**" explanation to Mr. Olola concerning the predicament to secure doctor's appointment or an opportunity to see a doctor at Aurora Detention Center facility as explicitly elaborated herein-;

It has been over four months **(4 months)** of not getting an opportunity to seeing a doctor and the medical staff members at the facility constantly and persistently maintained that-:

(i)     The facility has one doctor to attend over Five hundred (500) detainees, in other words, the facility is **"understaffed" (Group-1; Provision of shortage degree Ratio 1300:1)** and unable to hire more or enough doctors or physicians who may attend detainees in a timely manner and professionally as expected; they have provided unprofessional explanation that, either the only available doctor in the Aurora Medical Department has been **"sick or have taken a vacation"** or medical leave, therefore he has not been available to attend the sick detainees, that's why detainees have to wait until he gets back or available.

(ii)    The medical staff (nurses) had insisted that most of detainees like Mr. Olola are in the **" medical detainees waiting list"** for appointment or for an opportunity to see a doctor, therefore, they will be seen "whenever the doctor is available", despite of their medical concerns of long suffering or potential long waiting of time, with regardless of medical injurious effect or injuries of having been waiting for over four months to see a doctor for Pre-existing medical health condition, as for instances, in this case Mr. Olola has never seen the doctor or has never been seen by the doctor since **July 27, 2017.**

(iii)   The medical staff members have been providing over-the-counter pain medication (Tylenol and Ibuprofen) :(**See medication package exhibit),** which has no medical significance to better or improve Mr. Olola's spinal stenosis condition or sciatica nerves problems, so despite of the excruciating pain of long suffering of Mr. Olola or other detainees, the nurses has very little to offer or do to help until they get a chance or an opportunity to see a doctor. Yet, there is no any assurance or initiative corrective action by the medical department in the foreseeable future to schedule for the doctor's appointment or to see a doctor.

(iv)    Medical staff members(Nurses) have been and always reiterates with their empty and unpromising allegations that they have **"flagged and alerted"** the facility doctor for his or her response to the medical requests, whereas nothing has ever happened and medical department has never initiated any corrective measure, no positive action taken and no any substantial assurances as to when..? Mr. Olola or other detainees will or may have an opportunity to see a doctor; however the department has delayed and paralyzed the whole process by procrastinating and postponing time of doctor's appointment, hence, has rendered all endeavors and effort attempts unsuccessful.

**(g)   Violation of Medical Professional Code of Conduct, Ethics and Federal Statutory laws.**

**(Unanswered and unresolved medical issues and concerns at Aurora Medical Department, which needs to be addressed and dealt with medically and accordingly).**

**(i)      Why...or how...???** would the Aurora Medical Department doctor- **(Peterson, Jeffrey)** prescribe and order a medication prescription to detainees before and without doing a personal doctor's medical evaluation and assessment with detainees or to meet one -on-one appointment (determination) with the detainees to establish medical grounds for individual treatment....? For instances, Mr. Olola has been on his blood pressure medication prescription without having being evaluated or assessed medically by the doctor, meanwhile, the doctor's name has been **"endorsed"** on his medication prescription as **" Dr. Peterson, Jeffrey"** whom Mr. Olola has never met before or seen before for his Pre-existing medical health condition..? *(See exhibit "C" and "D" of the blood pressure medication blisters enclosed herein).*

**(ii)     Why...???** would Aurora Medical personnels (Nurses) and the Administration members practically exercise unprofessional and unacceptable practice of **"prescribing medication and filling out medical prescription to detainees and even place X-ray orders procedure (Dec. 30, 2017); and laboratory chemistry services orders for Blood draws (January 02, 2018)  to detainees-Mr. Olola...., instead of a medical doctor.."** which is ethically out of their "scope of work and professionalism", hence, this constitutes substantial and violation of Professional Code of Conduct and Ethics and Nurse Practice Act as to practice as a Nurse to the underlined acts and practices permitted by the law. More so, this resulted to improper and unethical conduct by the governmental entity without legal basis or licensed verification of medical practice,-"this act is a clear sign for potential of medical malpractice" **(See the laboratory requisition Form attached together herewith).**

**(iii)    Why..???**  would this Aurora Medical Department facility had to risks or subjected Mr. Olola's health or life just merely on the grounds that the facility is having **"only"** one doctor or the facility is **understaffed..??;** hence, why would Mr. Olola experience long time suffering of pain, because the doctor had gone for medical leave,vacation or has been sick, meanwhile the doctor went to seek for medical attention in another facility...???. Similarly, why would this facility deliberately, improperly and unprofessionally ignored and/or violated federal statutory laws which are constitutionally and federally protected, in denying Mr. Olola's required medical services as guaranteed to all individuals residing in the United States...???

**(iv)     What...???,** if the worst scenario could have happened to Mr. Olola that he had got: **heart attack, permanent brain damage or stroke,** during the time he was denied his blood pressure medication and "lost his dear life entirely", for similar reasons, as here in, **(Mr. Kamyar, Samimi 64,** who passed away at the Aurora Detention facility, after expressing his sincere medical complaints, which are absolutely similar to this case of Mr. Olola), just on the baseless grounds of medical negligence, medical professional misconduct, imminent-malpractice and medical personnel unprofessional irresponsibility at Aurora Medical facility, for just merely of reasoning or on the grounds that the **"only available doctor"** at Aurora Medical Department has taken a "self-important" medical leave or a family vacation...???

**(v)    Why..???** would this Aurora Detention Center **(GEO Group Inc.)**, ICE Processing; unprofessionally and inappropriately deny medical services to Mr. Olola of his blood pressure medication for two weeks **(14 days)**, which had risked him to a significant and potential risk of: **brain damage, stroke, heart attack or heart failure or cardiac arrest,** for the Aurora Medical facility of not providing his blood pressure medication....??? Additionally, why would a professional licensed and registered Nurse-"Miss Sanchez" had to behave maliciously and recklessly without full consideration of medical negative consequences of injurious effect and to have became abusively and stubbornly refused to give or provide, Mr. Olola his blood pressure medications, just simply because Mr. Olola had asked her about his medication or medical services reorder or refill by the **"so called doctor"...???**  (See also exhibit **"C"** and **"D"**).

**(vi)    Why...???** would the Aurora facility **"negligently, recklessly and maliciously"** had to defy to respond or ignore substantial and essential; and fundamental humble request from Mr. Olola of obtaining his medical records from University of Utah Hospitals and Clinics to enable the doctor to do medical evaluation and assessment on his Pre-existing medical health condition of spinal stenosis or sciatica nerves problems and whereas, Mr. Olola knowingly and reasonably had signed and provided a "Medical Consent Form" to Aurora Medical Department....???

**(vii)    Why..???** would this Aurora Medical Department had to negligently **"ignored or failed"** to respond professionally as required and as expected to Mr. Olola's sincere submission of his "administrative relief or remedies requests", as well as, to his appeal request, medical grievances (which are significantly and medically important and urgent) and even on other medical requests which he had, **"reasonably and timely"** submitted according to the medical department policy and procedure, in order to resolve these medical concerns as required by the Aurora Administration's policy, regulations and procedures...???

**(viii)    Why..???** would the Aurora Medical Department had to "impede and procrastinate" an important and substantial opportunity to see a doctor for  that long of **"unreasonable period of time and unnecessarily"** of waiting to schedule an appointment with the doctor, however, even in a situation here in where , Mr. Olola is currently detained or residing inside the same facility..???, yet subjected Mr. Olola to a long pain of suffering of muscles stiffness or cramps, numbness, tingling, severe back ache or pain and edema on his lower limbs due to poor blood or insufficient blood circulations...???.

**(h)    Administrative Remedy at Aurora Medical Department-(GEO GROUP INC)**

Detainee (Mr. Olola) has exhausted **"all"** the basic administrative remedies available at Aurora Detention Center, such as "medical request, medical grievance and medical appeal actions"; however, surprisingly, none of the administrative remedy attempted by Mr. Olola to redress his medical concerns has been successful or fruitful at all, as the administration had completely and plainly refused to respond or had not taken any **"positive or corrective actions",** as expected. (See enclosed documents of grievances, appeals and other requests. (Exhibit- "B").

More importantly at the Aurora Detention Center (GEO GROUP INC), this facility has got no distinctive and clear **"policy or chain of command"** which explicitly elaborate the Standard Operating Procedure (SOPs) which gives a clear-cut standard of guidelines and regulations as to what "levels or steps" that a detainee (complainant) can or may have to

"exhaust or pursue" before the complaints or remedies can become "administratively final" in order to seek for **"judicial recourse or action".** Additionally, none of the administration officials or personnels are responsible or ready to take the fundamental initiatives or responsibility to respond or reply the essential; **"medical request, appeals and grievances".**

Generally, Aurora Detention Center (GEO Group INC.) has got **"no facility policy"** at all, which illustrates as to-: **what..?? Which..?? Or where..??** the vaguely administrative remedy available for medical grievances and appeals action at Aurora, should adhere to or any Procedural Due Process to be pursued by the detainees in order to solve their problems medically and in administrative manner, before seeking for judicial recourse or action.

Therefore, detainees like, Mr. Olola has got no specific or detailed guidelines of policy or Standard Operating Procedure (SOP's) available to follow, other than, to seek this kind of judicial recourse or action directly in order to remedy his substantial and legitimate of his sincere medical complaints or concerns after his actual of several grievances and appeals attempts and endeavors have been "crippled, impeded and thwarted", by the Aurora Medical Department or facility. **This action has left Mr. Olola with no option other than to seek "judicial action".**

Signed and dated:

Olola
01/03/2018

**LabCorp**

AURORA DETENTION CENTER ICE
11901 East 30TH AVE
To find the nearest patient
service center, visit www.
labcorp.com or call 888-
LABCORP (888-522-2677)

Aurora          CO 80010
303-361-6612   COV

05000045-2

L9E05000045

EVIDENCE "II"

RCLE ONE
85789158-DAVIS, KARE

ECK ONE
[ ] ACCOUNT BILL

Patient's Legal Name (Last, First, MI): **OLOLA, JULIUS**
Sex: **X**   Date of Birth: **12 / 10 / 73**
Patient's ID #: **589 02 2193**

Physician's Name (Last, First): **Dr Peterson**

Physician/Authorized Signature

*No Diagnosis or Assessment*

Diagnosis/Signs/Symptoms in ICD-CM format in effect at Date of Service

PRIMARY BILLING PARTY | SECONDARY BILLING PARTY

Patient's Address — *Refused*

I hereby authorize the release of medical information... 
x **Mr. Olola Intelligently refused.** 01/02/18

**JAN**
**Dec. 02, 2018**

**Refusal Grounds**

(i) Mr. Olola has never been seen by the "so called doctor alleged."
(ii) There has been no doctor's assessment or evaluation done.
(iii) There is no doctor's authorization signature on this form.
(iv) There is no doctor's Medical or licensed Identification number.

*Formal Urine*

INDIVIDUAL COMPONENTS OF TEST COMBINATIONS / PROFILES LISTED IN THE SECTION ABOVE CAN BE ORDERED BELOW

**ORGAN OR DISEASE PANELS**
See reverse for components

| CORP | Test | Code |
|---|---|---|
| 22744 | Acute Hepatitis Panel | 80074 GEL |
| 12758 | Basic Metabolic Panel (8) | 80048 GEL |
| 12000 | Comp Metabolic Panel (14) | 80053 GEL |
| 13754 | Electrolyte Panel | 80051 GEL |
| 2755 | Hepatic Function Panel (7) | 80076 GEL |
| 3756 | Lipid Panel F9517 | 80061 GEL |
| 5010 | Lipid Panel w/LDL/HDL Ratio | 80061 GEL |
| 1010 | Lipid Panel w/TC:HDL Ratio | 80061 GEL |
| 3925 | Lipid Panel w/Non-HDL Cholesterol | 80061 GEL |
| 1946 | Lipid Cascade | 80061 reverse |
| 3676 | Lipid Cascade with FLP & Apo B See Reverse | 80061 |
| 2777 | Renal Function Panel | 80069 GEL |

**HEMATOLOGY**

| | | |
|---|---|---|
| 5009 | CBC w Diff w Plt | 85025 LAV |
| 8142 | CBC w/o Diff w Plt | 85027 LAV |
| 5058 | Hematocrit | 85014 LAV |
| 5041 | Hemoglobin | 85018 LAV |
| 5249 | Platelet Count | 85049 LAV |
| 5033 | RBC Count | 85041 LAV |
| 5025 | WBC Count | 85048 LAV |
| 5173 | Differential/Total WBC Count | 85004 LAV |

**ALPHABETICAL/COMBINATION TESTS**

| | | |
|---|---|---|
| 1049 | ABO and Rh | reverse GEL |
| 081 | Albumin | 82040 GEL |
| 107 | Alkaline Phosphatase | 84075 GEL |
| 545 | ALT (SGPT) | 84460 GEL |
| 396 | Amylase | 82150 GEL |
| 855 | Antinuclear Antibodies | 86038 GEL |
| 123 | AST (SGOT) | 84450 GEL |
| 640 | B and Folate | reverse GEL |
| 099 | Bilirubin, Total | 82247 GEL |
| 240 | BUN | 84520 GEL |

**ALPHABETICAL/COMBINATION TESTS CONT**

| | | |
|---|---|---|
| 001016 | Calcium | 82310 GEL |
| 006627 | C-Reactive Protein (CRP), Quant | 86140 GEL |
| 120766 | hsCardiac C-Reactive Protein (CRP) | 86141 GEL |
| 007419 | Carbamazepine (Tegretol) | 80156 SER |
| 002139 | CEA | 82378 GEL |
| 001065 | Cholesterol, Total | 82465 GEL |
| 001370 | Creatinine | 82565 GEL |
| 007385 | Digoxin (Lanoxin) | 80162 GEL |
| 004515 | Estradiol | 82670 GEL |
| 004598 | Ferritin | 82728 GEL |
| 028480 | FSH and LH | reverse GEL |
| 001958 | GGT | 82977 GEL |
| 001818 | Glucose, Plasma | 82947 GRY |
| 001032 | Glucose, Serum | 82947 GEL |
| 004556 | hCG, Beta Subunit, Qual (Serum Pregnancy) | 84703 GEL |
| 004416 | hCG, Beta Subunit, Quant | 84702 GEL |
| 001925 | HDL Cholesterol | 83718 GEL |
| 001453 | Hemoglobin A1c | 83036 LAV |
| 006734 | Hep A Antibody, IgM | 86709 GEL |
| 006395 | Hep B Surface Antibody | 86706 GEL |
| 006510 | Hep B Surface Antigen | 87340 GEL |
| 144050 | HCV Ab w/Rflx to Quant. RT-PCR | 86803 GEL |
| 083935 | HIV-1/0/2, 4th Generation | 87389 GEL |
| 180836 | H pylori Urea Breath | 83013 |
| 180764 | H pylori Stool Antigen | 87338 |
| 001321 | Iron and IBC | reverse GEL |
| 001115 | LDH | 83615 GEL |
| 007708 | Lithium (Eskalith) | 80178 GEL |
| 001537 | Magnesium | 83735 GEL |

**ALPHABETICAL/COMBINATION TESTS CONT**

| | | |
|---|---|---|
| 006189 | Mononucleosis Test, Qual | 86308 GEL |
| 884247 | NMR LipoProfile | 80061 83704 |
| 006072 | hsCardiac C-Reactive Protein (CRP) | 86141 |
| 007461 | Phenobarbital (Luminal) | 80184 SER |
| 007401 | Phenytoin (Dilantin) | 80185 SER |
| 001024 | Phosphorus | 84100 GEL |
| 001180 | Potassium | 84132 GEL |
| 004465 | Prolactin | 84146 GEL |
| 010322 | PSA | 84153/G0103 GEL |
| 480947 | PSA, Free: Total Ratio | 84153 84154 |
| 005199 | Prothrombin Time (PT)/INR | 85610 BLU |
| 020321 | PT and PTT Activated | |
| 005207 | PTT Activated | 85730 BLU |
| 006502 | Rheumatoid Arthritis Factor | 86431 GEL |
| 006072 | RPR | 86592 GEL |
| 006197 | Rubella Antibodies, IgG | 86762 GEL |
| 005215 | Sed Rate, Westergren | 85652 LAV |
| 001198 | Sodium | 84295 GEL |
| 004226 | Testosterone, Total | 84403 GEL |
| 070001 | Testosterone Women/Children | 84403 GEL |
| 007336 | Theophylline | 80198 SER |
| 330015 | Thyroid Cascade Profile | reverse |
| 001149 | Thyroxine (T4) | 84436 GEL |
| 001974 | Thyroxine (T4), Free | 84439 GEL |
| 082345 | T. pallidum Screening Cascade | reverse |
| 001172 | Triglycerides | 84478 GEL |
| 002188 | Triiodothyronine (T3) | 84480 GEL |
| 001156 | TSH, 3rd generation | 84443 GEL ⊗ Uptake |
| 004259 | TSH, 3rd generation | 84443 GEL |
| 001057 | Uric Acid | 84550 GEL |
| 003038 | Urinalysis | Microscopic on Positives 81003 |
| 081950 | Vitamin D, 25-Hydroxy | 82306 |

**MICROBIOLOGY**

SPECIMEN SOURCE: ☐ ENDOCERVIX ☐ THROAT ☐ URINE
☐ STOOL ☐ URETHRA

| | | |
|---|---|---|
| 008649 | Aerobic Bacterial Culture | 87070 |
| 008482 | Fungus Culture | 87101 |
| 008334 | Genital Culture, Routine | 87070 |
| | Gram Stain | 87205 |
| 188132 | Grp B Strep Detect, NAA | 87081 |
| 188139 | Grp B Strep Detect, NAA Rflx to 'suscept' | 87081 |
| | Lower Respiratory Culture | 87070 |
| 182949 | Occult Blood, Fecal, IA | 82274 |
| 008178 | Ova and Parasites | 87177 |
| 008144 | Stool Culture | 87045 |
| 008162 | Throat, Beta Strep Culture | 87081 |
| 008342 | Upper Respiratory Culture | 87070 |
| 008847 | Urine Culture, Routine | 87086 |

**NuSwab** Tests (check only one)
| | | |
|---|---|---|
| 180039 | NuSwab® Vaginitis (VG) | |
| 180021 | NuSwab® Vaginitis Plus (VG+) | |
| 180060 | Bacterial Vaginosis, NAA | 87798(x3) |
| 180055 | C. albicans & C. glabrata, NAA | 87481(x2) |
| 180010 | Candida Sp species Probe, NAA | 87481(x6) |
| 183194 | Chlamydia/Gonococcus, NAA | 87491 87591 |
| 183160 | CT/NG/TV | |
| 180089 | Genital Mycoplasmas, Swab | 87798(x3) |
| 188056 | HSV 1 & 2, NAA | 87529(x2) |
| 188052 | Trichomonas vaginalis, NAA | 87661 |

**ENHANCED REPORTING**

| | | |
|---|---|---|
| 910343 | Chronic Kidney Disease Report | |
| 910385 | Cardiovascular Risk Assessment Report (Must order with 361946-Lipid Cascade, 884247-NMR LipoProfile, or lipid panel) | |

† = ID / Susceptibility at Additional Charge
* = Confirmation at Additional Charge
‡ = Also available with Aptima® urine

Clinical Information/Comments

NOTE: WHEN ORDERING TESTS FOR WHICH MEDICARE OR MEDICAID REIMBURSEMENT WILL BE SOUGHT, PHYSICIANS SHOULD ONLY ORDER TESTS THAT ARE MEDICALLY NECESSARY FOR THE DIAGNOSIS OR TREATMENT OF THE PATIENT.



**TABLET CODE: 005635804**


The GEO Group, Inc.

## REQUEST FOR HEALTH SERVICES
## SOLICITUD PARA SERVICIOS MEDICOS

12/26/2017

☐ Psychological Complaint
   Motivo psicológico

☒ Medical Complaint
   Motivo médico

☐ Dental Complaint
   Motivo Dental

Print: **OLOLA, JULIUS**
Letra-Molde:    Inmate's Name
                Nombre del Preso

**058-982-193**
Number
Numero

**B1-106-4**
Housing Location
Sitio de Vivienda

**1520**
Duty Hours
Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request.  Please allow several days for your request to be submitted, answered, and returned.  A copy of your request will be filed in your records.

**DOCTOR'S APPOINTMENT REQUEST**

Explique brevemente la razón de su solicitud; recibirá respuesta a su solicitud.  Permita varios días para que su solicitud sea procesada.  Una copia de su solicitud será archivada en sus récords.  Reclusos de habla hispana pueden solicitar dicha asistencia en español.

PROBLEM/QUEJA: **"MEDICAL EVALUATION & ASSESSMENT"**
**PLEASE MAY I GET AN APPOINTMENT TO SEE A DOCTOR AS SOON AS POSSIBLE FOR MY SCIATICA OR SPINAL STENOSIS PAIN, AM IN REAL PAIN. THANK YOU.**

Inmate's Signature/Firma del Preso

**DECEMBER 26, 2017**
Date of Request/ Fecha de Solicitud

═══**DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA**═══

Date/Time Received: _____

Date/Time Triaged: _____

☐ Written Response (see below)   ☐ Referred To: _____   ☐ Appointment Made

Triage Nurse: (Signature/Title Stamp) **RESPONSE FROM MEDICAL IN THE TABLET:**

ACTION TAKEN: **YOU HAVE "PENDING APPOINTMENT" AND LISTED TO BE SEEN BY MEDICAL NURSE ON ⟶ DEC. 27, 2017.**

**ON DEC. 28, 2017, THE MEDICAL NURSE TOOK BLOOD PRESSURE VITAL'S. READINGS WERE HIGHER THAN NORMAL**
**12/28/2017 ⟶ 161/108 @ 98, PREVIOUS VALUES ⟶ 175 @ 97**
**ON ⟶ 12/27/2017        /100**

Medical Staff Signature **NB: DOCTOR'S APPOINTMENT STILL PENDING,**
**SINCE ⟶ JULY 27, 2017**          Date   **"CRITICAL HIGH"**

Rev 2/11, 6/11                                                            HS-154 (SP)

TABLET CODE: 005635765


The GEO Group, Inc.

## REQUEST FOR HEALTH SERVICES
## SOLICITUD PARA SERVICIOS MEDICOS          12/26/2017

| ☐ Psychological Complaint<br>Motivo psicológico | ☒ Medical Complaint<br>Motivo médico | ☐ Dental Complaint<br>Motivo Dental |
|---|---|---|

**Print:** OLOLA, JULIUS          058-982-193    B1-106-4    1520 HRS
**Letra-Molde:**
Inmate's Name          Number       Housing Location   Duty Hours
Nombre del Preso        Numero       Sitio de Vivienda  Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered, and returned. A copy of your request will be filed in your records.
"PAIN MEDICATION"

Explique brevemente la razón de su solicitud; recibirá respuesta a su solicitud. Permita varios días para que su solicitud sea procesada. Una copia de su solicitud será archivada en sus récords. Reclusos de habla hispana pueden solicitar dicha asistencia en español.

**PROBLEM/QUEJA:** PLEASE, I DO REQUEST FOR REGULAR PAIN MEDICATION (TYLENOL AND IBUROFEN) TO ALLEVIATE MY EXCRUCIATING, AND CHRONIC PAIN OF MY "PRE-EXISTING" HEALTH CONDITION OF 'SPINAL STENOSIS' OR SCIATICA NERVES PROBLEMS TILL, I MAY GET AN OPPORTUNITY TO SEE A "DOCTOR". THANK YOU.

OLOLA, JULIUS (_____)                   12/26/2017.
**Inmate's Signature/Firma del Preso**          **Date of Request/ Fecha de Solicitud**

========DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA========

**Date/Time Received:** _____

**Date/Time Triaged:** _____

☐ Written Response (see below)   ☐ Referred To: _____   ☐ Appointment Made

**Triage Nurse: (Signature/Title Stamp)** RESPONSE FROM THE MEDICAL IN THE TABLET:
**ACTION TAKEN:** "SCHEDULED NURSE SICK CALL" — RESPONDED
ON DECEMBER 27, 2017.

ON DEC. 28, 2017 MR. OLOLA WAS GIVEN ABOUT SIX PACKETS OF TYLENOL PACKETS FOR 3 DAYS ONLY.
H-BSP. ON — 12/27/2017 ⟹ 175/100 @ 97 AND ON 12/28/2017 ⟹ 161/108 @ 98

**Medical Staff Signature** "CRITICAL HIGH"          **Date**

Rev 2/11, 6/11                                    HS-154 (SP)