# IN THE UNITED STATES DISDTRICT COURT

# FOR THE DISTRICT OF COLORADO.

**U.S. DISTRICT COURT FOR THE DISTRICT OF COLORADO**
**ALFREDO A. ARRAJ UNITED STATES COURTHOUSE**
**901 19TH STREET, RM. A105**
**DENVER, CO 80294-3589**

**Civil Action No.**_____
(To be supplied by the court)

**MR. OLOLA, JULIUS**                                    (A# 058-982-193)
Aurora Detention Center (GEO GROUP INC.)
3130 North Oakland Street
**Aurora, CO.80010**_____, Applicant,

V.
**U.S. ATTORNEY GENERAL, et al.**
**WARDEN OF AURORA DETENTION CENTER,**
Contracted Detention Facility (DHS)
(GEO GROUP INC.) ICE Processing Center,
3130 N Oakland Street,
**AURORA, CO 80010**

John Longshore, Field Director
U.S. Department of Homeland Security/
U.S. Immigration and Customs Enforcement
12445 East Caley Avenue
**Centennial, CO 80111-5663**_____, Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 08 2018

JEFFREY P. COLWELL
CLERK
_____

(Name of warden, superintendent, jailer, or other custodian_____

**PRISONER'S MOTION AND AAFFIDAVIT**
**FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**
**IN "VIOLATION OF CIVIL RIGHTS 42 U.S.C. Section 1983 ACTION,**

I request leave to commence this habeas corpus action without prepayment of fees or security therefore pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

- I am unable to pay such fees or give security therefore.

- I am entitled to redress.

- I have _____0_____ in my prison account.

- My other assets and their value are listed below: (attach an additional page if necessary) (assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

NONE

NONE

NONE

NONE

Are you in imminent danger of serious physical/ emotional injury?  __X__ Yes  ___No (Check one). **Briefly explain your answer.**

> I (Mr. Olola) have been going through "Immeasurable stabbing pain on the back or the vertebral column (lumbar)", psychological pain and stress; emotional pain, mental pain and distress, due to my (his) Pre-existing of health condition of spinal stenosis or sciatica nerves, since July 27, 2017 till today. More so, a throbbing and pounding headache and chronic headache due to high blood pressure which has subjected me (Mr. Olola) to an imminent and potential : frequent dizziness, Stroke, heart attack, cardiac arrest or permanent brain damage.  Recent Blood pressure vital values are on-: 12/27/2017- $^{175}/_{103}$ and on 12/28/2107- $^{161}/_{108}$, the values are critically high. (See also in the medical request copies attached herein).

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. See 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  01/03/2018
              (Date)

_____ 01/03/2018
(Prisoner's Original Signature)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____
                  (To be supplied by the court)

**MR. OLOLA, JULIUS   (A#058982193)**_____,Applicant.
**Aurora Detention Center (GEO GROUP INC.)**
**3130 North Oakland Street**
**Aurora, CO. 80010**
V.
**U.S. ATTORNEY GENERAL, et al.**
**WARDEN OF AURORA DETENTION CENTER,**
**CONTRACTED DETENTION FACILITY (DHS)**
**(GEO GROUP INC.) ICE PROCESSING CENTER,**
**3130 N OAKLAND STREET,**
**AURORA, CO 80010**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 08 2018

JEFFREY P. COLWELL
                CLERK

```
==================================================
                 THE GEO GROUP, INC.
==================================================
                Resident Account Summary
             Wednesday, October 18, 2017  @09:15
==========================================================================
For Inmate ID: 58982193     OLOLA, JULIUS OCHIENG
--------------------------------------------------------------------------
   Date     Transaction Description              Amount   Balance   Owed    Held   Reference
--------------------------------------------------------------------------
10/17/2017  MISC        1 ENVELOPES                0.00    0.00     0.00    0.00   10/17/2017
10/17/2017  STAMPS      1 -- GENERAL  ($0.49)      0.00    0.00     0.00    0.00   10/17/2017
10/17/2017  STAMPS      3 -- SPECIAL  ($1.47)      0.00    0.00     0.00    0.00   10/17/2017
10/17/2017  STAMPS      4 -- SPECIAL  ($2.80)      0.00    0.00     0.00    0.00   10/17/2017
10/16/2017  MISC        2 BATTERIES                0.00    0.00     0.00    0.00   10/16/2017
10/04/2017  STAMPS      1 -- SPECIAL  ($0.49)      0.00    0.00     0.00    0.00   10/04/2017
10/03/2017  MISC        2 BATTERIES                0.00    0.00     0.00    0.00   10/03/2017
10/02/2017  STAMPS      1 -- GENERAL  ($0.49)      0.00    0.00     0.00    0.00   10/02/2017
10/02/2017  STAMPS      1 -- SPECIAL  ($0.49)      0.00    0.00     0.00    0.00   10/02/2017
10/02/2017  STAMPS      1 -- SPECIAL  ($0.70)      0.00    0.00     0.00    0.00   10/02/2017
09/25/2017  STAMPS      1 -- GENERAL  ($0.49)      0.00    0.00     0.00    0.00   09/25/2017
09/22/2017  MISC        2 BATTERIES                0.00    0.00     0.00    0.00   09/22/2017
09/21/2017  STAMPS      4 -- SPECIAL  ($3.64)      0.00    0.00     0.00    0.00   09/21/2017
09/21/2017  STAMPS      3 -- SPECIAL  ($2.10)      0.00    0.00     0.00    0.00   09/21/2017
09/19/2017  MISC        1 ENVELOPE                 0.00    0.00     0.00    0.00   09/19/2017
09/14/2017  STAMPS      1 -- SPECIAL  ($0.91)      0.00    0.00     0.00    0.00   09/14/2017
09/13/2017  STAMPS      1 -- SPECIAL ($0.70)       0.00    0.00     0.00    0.00   09/13/2017
09/13/2017  STAMPS      3 -- SPECIAL  ($1.47)      0.00    0.00     0.00    0.00   09/13/2017
09/12/2017  MISC        2 BATTERIES                0.00    0.00     0.00    0.00   09/12/2017
09/06/2017  STAMPS      1 -- GENERAL  ($0.49)      0.00    0.00     0.00    0.00   09/06/2017
09/01/2017  MISC        2 BATTERIES                0.00    0.00     0.00    0.00   09/01/2017
09/01/2017  STAMPS      2 -- SPECIAL  ($0.98)      0.00    0.00     0.00    0.00   09/01/2017
08/31/2017  STAMPS      3 -- SPECIAL  ($1.47)      0.00    0.00     0.00    0.00   08/31/2017
08/29/2017  STAMPS      1 -- GENERAL  ($0.49)      0.00    0.00     0.00    0.00   08/29/2017
08/24/2017  STAMPS      1 -- SPECIAL  ($0.49)      0.00    0.00     0.00    0.00   08/24/2017
08/24/2017  STAMPS      1 -- GENERAL  ($0.49)      0.00    0.00     0.00    0.00   08/24/2017
08/23/2017  STAMPS      4 -- SPECIAL  ($1.96)      0.00    0.00     0.00    0.00   08/23/2017
08/21/2017  MISC        2 BATTERIES / 1 ENVELOPE   0.00    0.00     0.00    0.00   08/21/2017
08/15/2017  STAMPS      1 -- GENERAL  ($0.49)      0.00    0.00     0.00    0.00   08/15/2017
08/10/2017  MISC        2 BATTERIES                0.00    0.00     0.00    0.00   08/10/2017
08/09/2017  STAMPS      2 -- GENERAL  ($0.98)      0.00    0.00     0.00    0.00   08/09/2017
08/08/2017  STAMPS      1 -- SPECIAL  ($0.49)      0.00    0.00     0.00    0.00   08/08/2017
08/04/2017  MISC        1 EARBUD                   0.00    0.00     0.00    0.00   08/04/2017
08/04/2017  STAMPS      1 -- GENERAL  ($0.49)      0.00    0.00     0.00    0.00   08/04/2017
```