*PLEASE SEND ME A COPY OF THIS LETTER!*

FOR LEGAL USE ONLY

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 14 2018
JEFFREY P. COLWELL
CLERK

OLOLA, JULIUS (058982193)
TELLER COUNTY JAIL,
P.O. BOX 730,
DIVIDE, CO 80814.

ATT: HON. JUDGE GALLAGHER
U.S. DISTRICT COURT, COLORADO
ALFREDO A. ARRAJ COURTHOUSE
DENVER, COLORADO.

CIVIL CASE NO:                                              02/12/2018
  (i) OLOLA V. U.S. ATTORNEY GENERAL: 1:17-CV-002510-GPG.
  (ii) OLOLA V. U.S. ATTORNEY GENERAL: 1:18-CV-00058-GPG.

**REQUEST FOR STAYING OF PROCEEDINGS AND INJUNCTIVE RELIEF ON THE ABOVE MENTIONED CASES.**

PURSUANT TO RELOCATION OF PETITIONER - MR. OLOLA TO TELLER COUNTY JAIL, COLORADO FROM AURORA DETENTION CENTER (GEO GROUP) THEREFORE, A GOOD CAUSE PETITIONER IS HEREBY REQUESTING FOR STAYING OF PROCEEDINGS AND INJUNCTIVE RELIEF ON THE ABOVE CASES BECAUSE THE IMMIGRATION AND CUSTOMS ENFORCEMENT HAD UNEXPECTEDLY RELOCATED THE PETITIONER TO A DIFFERENT CUSTODIAN.

FOR SOME REASONS, THE I.C.E. HAVE DETAINED THE LUGGAGE PROPERTY OF THE PETITIONER INTO THEIR CUSTODY (CONFISCATED) OF WHICH THE PETITIONER IS NOT CURRENTLY ABLE TO ACCESS HIS LEGAL MATERIALS, SUCH AS, COURT ORDER DOCUMENTS IN ORDER TO RESPOND TO THE COURT REQUEST AS WAS ORDERED ON THE CASES ABOVE WITHIN 30 DAYS PERIOD.

PETITIONER, IS ON THE PROCESS OF TRYING TO OBTAIN HIS LUGGAGE PROPERTY AND LEGAL MATERIALS FROM ICE CUSTODY, THEN, PETITIONER WILL RESPOND TO THE COURT ORDER REQUEST ACCORDINGLY AND APPROPRIATELY ONCE THE SITUATION IS SORTED.

PETITIONER, HAD ALSO REQUESTED THIS HONORABLE COURT OF DISTRICT FOR COLORADO IN THE INITIAL APPLICATION FOR THE JUDGE TO ISSUE AN ORDER FOR THE RESPONDENT - ICE "**NOT**" TO RELOCATE PETITIONER WHILE IN COURT PENDING OF BOTH CASES, HENCE, THE JUDGE SHOULD ISSUE THE ORDER TO BE REINSTATED.

RESPECTFULLY SUBMITTED.
OLOLA, JULIUS                    [signature] 02/12/2018

**FOR LEGAL USE ONLY**

OLOLA, JULIUS (058982193)
TELLER COUNTY JAIL (TCJ)
P.O. BOX 730,
DIVIDE, CO 80814

I.C.E. DETAINEE

DENVER CO 802
12 FEB 2018 PM 9 L

To

ATT: Hon. JUDGE - GALLAGHER
U.S. DISTRICT COURT FOR THE DISTRICT OF COLORADO
ALFREDO A. ARRAJ COURTHOUSE
ROOM A 105
901 19TH STREET (Can't remember code)
DENVER, COLORADO

80294-250151

" LEGAL MAIL "